UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

FILED
2004 NOV 23  A 11: 30
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 3:03-CR-198 (RNC) |
| V. | : | |
| | : | |
| SALLY VARGAS, ET AL | : | NOVEMBER 22, 2004 |

## MOTION FOR EXTENSION OF SENTENCING DATE

The defendant moves that the sentencing of the defendant be continued to April 22, 2005 and that all report/response dates be adjusted accordingly. The defendant represents that pre-sentence investigation into her case and defense options dictate that in the interests of justice and in the interests of vindicating her right to the effective assistance of counsel under the Sixth Amendment to the U.S. Constitution, that this motion be granted. This is the defense's first such application. The prosecution takes no position on this motion. A waiver executed by the defendant shall be forthcoming.

Hence, the defendant herein, entreats this court to grant this motion.

RESPECTFULLY SUBMITTED,

SALLY VARGAS
THE DEFENDANT

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

COUNSEL FOR THE DEFENDANT

## CERTIFICATION