# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (Hartford)

2004 NOV 23 A 11: 30

UNITED STATES OF AMERICA       :

V.                              :  Case No. 3:03 CR 198 (RNC)

                                :

SALLY VARGAS, ET AL             :  NOVEMBER 22, 2004

## MOTION FOR EXTENSION OF SENTENCING DATE

The defendant moves that the sentencing of the defendant be continued to April 22, 2005 and that all report/response dates be adjusted accordingly. The defendant represents that pre-sentence investigation into her case and defense options dictate that in the interests of justice and in the interests of vindicating her right to the effective assistance of counsel under the Sixth Amendment to the U.S. Constitution, that this motion be granted. This is the defense's first such application. The prosecution takes no position on this motion. A waiver executed by the defendant shall be forthcoming.

Hence, the defendant herein entreats this...

---

**November 23, 2004.**   USA v. Sally Vargas
                         Case Number 3:03CR198(RNC)

Re: Motion for Extension of Sentencing Date [doc. #781]

Granted. The sentence is hereby rescheduled to April 22, 2005 at 9:30 a.m. The Presentence Report will be disclosed to the defendant, counsel for defendant, and the Government by no later than March 18, 2005. Counsel will then have five (5) days in which to communicate to the probation officer any objections they may have as to any material information, sentencing classifications, sentencing guideline range, and policy statements in the Report. The second or final version of the Presentence Report must be disclosed to counsel and to the court by April 4, 2005. The defendant will submit any memorandum in aid of sentencing by no later than April 11, 2005. The Government will submit any response to the defendant's sentencing memorandum by no later than April 18, 2005. So ordered.

Robert N. Chatigny, U.S.D.J.