UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

FILED

2004 DEC -1  A 11: 14

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : Case No. 3:03 CR 198 (RNC) |
| SALLY VARGAS, ET AL | : NOVEMBER 24, 2004 |

### WAIVER

I, Sally Vargas, being above the age of 18 years and knowing the obligations of an oath; do freely depose and say that:

1. I have been advised of my rights to be sentenced in a timely fashion and I wish the modification of all of the deadlines advanced by my attorney dated November 22, 2004, be granted.

2. I waive those rights after having been advised by counsel.

3. I am represented by an attorney and have had the opportunity to consult with my attorney about this continuance and waiver.

4. I also understand that the full period of time that my sentencing has or shall be postponed is to be excluded from the calculation of time under the Speedy Trial Act of 1974.

5. **This affidavit is to be considered *on going*; hence, if there is another request for an extension of any deadline advanced by my attorney; *I approve of it in advance.***

*Sally Vargas*
SALLY VARGAS

11/24/04
DATE

1

# CERTIFICATION

On the _29_ day of _November_____, 2004 a copy of the foregoing waiver was mailed to:

Atty. H. Gordon Hall
Atty. Kevin J. O'Connor
U.S. Attorney's Office
P.O. Box 1824
New Haven, Conn. 06508

Atty. Robert Y. Altchiler
191 Post Road West
Westport, Conn. 06880

Atty. Timoth P. Aspinwall
Aspinwall & Aspinwall
3200 Main Street
Stratford, Conn.

Atty. John F. Cicilline
387 Atwells Avenue
Providence, R.I. 02903

Atty. Matthew J. Collins
519 Center Street
Manchester, Ct. 06040

Atty. Richard S. Cramer
449 Silas Deane Hwy.
Wethersfield, Conn.

Atty. William F. Dow, III
Atty. Ira B. Grudberg
P.O. Box 606
New Haven, Conn. 06503

Atty. Jonathan J. Einhorn
412 Orange Street
New Haven, Ct. 06510

Atty. David Esposito
1240 Whitney Avenue
Hamden, Ct. 06517

Atty. Auden Grogins
400 Stillson Road
Fairfield, Ct. 06824

Atty. Lawrence S. Hopkins
50 Elm Street
New Haven, Ct. 06510

Atty. Bruce D. Koffsky
1200 Summer Street, Suite 101-A
Stamford, Ct. 06905

Atty. Dan E. Labelle
Halloran & Sage
315 Post Road West
Westport, Ct. 06880

Atty. John M. Loconsolo, Jr.
146 High Street
Enfield, Ct.

Atty. Ronald T. Murphy
Advocates Law Firm
11 Franklin Sq.
New Britain, Ct. 06451

Atty. Francis L. O'Reilly
O'Reilly & Shaw
87 Ruane Street
Fairfield, Ct.

Atty. Timothy Pothin
Lynch, Traub, Keefe & Errante
P.O. Box 1612
New Haven, Ct. 06506

Atty. Frank J. Riccio
Atty. Frank J. Riccio, II
The Law Offices of Frank J. Riccio
P.O. Box 491
Bridgeport, Ct. 06601

Atty. Philip D. Russell
P.O. Box 1437
Greenwich, Ct. 06

Atty. Jack Sachs
111 John St., Suite 1504
New York, N.Y. 10038

Atty. Peter J. Schaffer
1127 High Ridge Road, PMB 330
Stamford, Ct.

Atty. John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Ct. 06468

Atty. David J. Wenc
P.O. Box 306
Windson Locks, Ct. 06096

Atty. Kurt F. Zimmerman
Silverstein & Osach
P.O. Box 1727
New Haven, Ct. 06507

Mr. Joseph Montesi---Probation Officer
Office of U.S. Probation
157 Church Street, 22nd Floor
New Haven, Conn. 06510

ATTY. ERSKINE D. McINTOSH

25 Ext. Motion-Ext. Sentencing Date-Waiver