UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

FILED
2005 APR 27 A 11: 15
DISTRICT COURT
HARTFORD, CT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA　　\*

　　　　　　　　　　　　　　\*

VS.　　　　　　　　　　　　\*　　NO. 3: 03 CR 198 (RNC)

　　　　　　　　　　　　　　\*

SALLY VARGAS　　　　　　　\*　　APRIL 25, 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S SENTENCING MEMORANDUM

Introduction

　　Mr. Sally Vargas submits this memorandum to this Court as an aid in the determination of her sentence, a hearing for which is scheduled for Thursday, April 28, 2005 at 11 a.m. There are guideline disputes in this case and, to that end, Miss Vargas submits that the applicable guideline range from which to start is 0 to 6. This conclusion is based upon a Total Offense Level of 8 and a Criminal History Category of I

　　For the most part, Miss Vargas agrees with the Offense Conduct portion of the PSR. Further, she accepts responsibility for the misconduct attributed to her in this case. See her attached statement regarding acceptance of responsibility. However, Miss Vargas disagrees with the following as aspects of the PSR:

　　　　1.　　PSR Coverpage: Age should be 39, not 38.

　　　　2.　　Part C. Offender Characteristics—Page 10, ¶ 42. This paragraph states in part, "[Miss Vargas'] addiction reportedly continued until approximately five years ago, when she chose to enter a methadone maintenance program at the AMCA Substance Abuse Treatment Program in Ponce, Puerto Rico." However, it is Miss Vargas' recollection that

that she has been drug free since the age of 32; before she moved to the continental United States. Hence, it is Miss Vargas' position that she has been drug free for six to seven years.

Miss Vargas believes that there are three grounds for downward departure in addition to other such grounds, which would be apparent after a review of the entire record. The three separate grounds for downward departure are:

1. Solid Community ties and support.
2. Rehabilitation

## Downward Departures

### Rehabilitation

Miss Vargas took the first steps in rehabilitating himself by her timely acknowledgment of her guilt in this case. This type of rehabilitation was not adequately foreseen by the Sentencing Commission and can be a factor this Court should use to depart downwards. U.S. vs. Hon, 89 W.L. 59613 (S.D.N.Y. May 31, 1989) [unpublished]. W.L. 59613 (S.D.N.Y. May 31, 1989) [unpublished].

### Downward Departure Can Be Predicted Upon Strong Community Ties

Please see the attached letters from Miss Vargas's mother Mrs. Graciana Vargas and her sister Miss Eglé Wanda Vargas. Miss Vargas clearly enjoys love and support from her family. Moreover, each family member, to one extent or another, has rededicated herself to provide support to Miss Vargas subsequent to the imposition of the judgment of this Court. There is authority for trial courts to depart downward based upon family and community ties such as these. U.S. vs. Big Crow, 898 F.2d 1326 (8th Cir. 1990). The defense, therefore, entreats this Court to depart downward based upon this area.

## Conclusion

The defense entreats this Court to:

1. Find an Offense Level Total of: 8

2. Find a Criminal History Category Total of: I

3. Depart downward to a period of: Probation

        RESPECTFULLY SUBMITTED,

        SALLY VARGAS
        THE DEFENDANT

BY: _____
        ATTY. ERSKINE D. McINTOSH
        FEDERAL BAR NO. Ct 9743
        THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
        3129 WHITNEY AVENUE, SECOND FLOOR
        HAMDEN, CT  06518-2364
        (203) 787-9994
        COUNSEL FOR THE DEFENDANT

## C E R T I F I C A T I O N

This is to certify that a copy of the within and foregoing has been faxed and/or mailed on this the 25th day of April, 2005 to:

Atty. H. Gordon Hall
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, Conn. 06510
Fax:   773-5392

Mr. Joseph P. Montesi
U.S. Probation Officer
157 Church Street, 22nd Floor
New Haven, Conn. 06510
Fax:  773-2200

        _____
        ATTY. ERSKINE D. McINTOSH

25 Sentencing Memo-Vargas

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| VS. * | NO. 3: 03 CR 198 (RNC) |
| * | |
| SALLY VARGAS * | APRIL 25, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I accept full responsibility for my involvement in and my actions taken in furtherance of the criminal conduct upon which my plea of guilty was predicated. I declare that a combination of my experiences associated with this arrest and the support of my family have all contributed to my conviction that I shall not offend again.

_Sally Vargas_
SALLY VARGAS

April 23, 2005

Atty. Erskine D. McIntosh
The Law offices of Erskine D. McIntosh, P.C.
3129 Whitney Avenue, Second Floor
Hamden, Conn. 06518-2364

I, Graciana Vargas, have known my daughter Sally Vargas since birth and have had a very positive relationship with her throughout the years. I have known her to be a good daugher and mother to her two children. I have known Sally to be the type of person who would not be involved in illegal activities.

I am aware of the use of the telephone to facilitate a narcotics felony offence, which may cause an individual to be sentenced. Under no circumstances as a mother would I be satisfied that my daughter had used these means in such a way.

I am aware that Sally Vargas, my daughter could face possible incarceration of six to twelve months .

My daughter, Sally Vargas, has never been involved in illegal acts in the past. This is definitely a moment of reflection for her and she will no doubt learn her lesson. I am certain that Sally will accept responsibility for this action once this case is concluded against or in her favor. She feels remorseful for the ill effects of this situation, and fully understands the negative impact these actions will impose on her community in New Haven county where she has lived and worked for the past ten years.

Under no circumstances am I against the law, for laws were created to establish justice in our country. Justice will prevail at all times, implementing your just decision for all.

Thank you Honorable Robert N. Chatigny for taking the time to consider this letter on behalf of my daughter, Sally Vargas.

Cordially,

Graciana Vargas
12347 Accipiter Dr.
Orlando, FL 32837

To: The Honorable Robert N. Cihatigny  
U.S District Judge  
U.S District Court  
450 Main Street  
Hartford Conn 06103

April 25, 2005

Please take into consideration that I'm writing in the best of my knowledge Sally Vargas is my sister we were raise together as childhood. I'm aware of the telephone to facilitate a Narcotics Felony Offense and this is punishable by law. I'm aware of the possibilities of incarceration for 6 to 12 months of Federal Guideline Range. She learn her lesson she would not repeat this offence or will get involve with criminal Activity again she knows the consequences. Also she accepted responsibility for her action she knows now and has regret and feels remorse for her mistake. Sally Vargas is aware of the serious matter of the case and the penalty that go with it, and negative impact on the community in New Haven County she feels very strong remorse and shame on her mistake I also know she will be a productive citizen by assist the court and read jousting to the Community by being law abiding member of the Community. The Law is aware of life of rules and principles she was arrested and I did not think she was dealt too harshly for what felony she did that is a crime.

Honorable Judge Robert N. Chatigny  
Thank you for considering my letter, again  
Thank you.

att: Egli W. Vargs