UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

FILED
2005 JUN 20  A 8: 06

DISTRICT COURT
HARTFORD, CT.

*******************************
UNITED STATES OF AMERICA   *
                           *
         VS.               *        NO. 3: 03 CR 198 (RNC)
                           *
SALLY VARGAS, ET AL        *        MAY 25, 2005
*******************************

## MEMORANDUM IN SUPPORT OF EXCEEDING THE CJA ATTORNEY FEE & EXPENSE CAP

**Describe any other aspect of this case that significantly contributed to the amount claimed.**

This multi-defendant drug conspiracy case started with thirty (30) defendants. At one point, Ms. Vargas was incarcerated at York C.I. in Niantic, Connecticut and the undersigned had to travel from Hamden to Niantic to confer with her. Given the fact that this case involved thirty (3) co-defendants there was a great deal of governmental disclosures to review in order to isolate the evidence it had against Ms. Vargas. Additionally, there was extensive wire tap information that had to be reviewed. In addition the undersigned was called upon to listen to hours of wire taps. Once my client's calls were isolated, the undersigned had Ms. Vargas go to his office in order to review the tapes and other evidence with the undersigned. ant transcripts took an extensive amount of time.

There were several court appearances and several meetings with the prosecutor that in addition to the above contributed to the amount that had to be billed. Hence, the undersigned entreats this Court to pay the CJA voucher as requested even though it is over the attorney fee and expense cap for CJA cases of this ilk.

1

RESPECTFULLY SUBMITTED,

SALLY VARGAS
THE DEFENDANT

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. Ct 9743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
COUNSEL FOR THE DEFENDANT

## CERTIFICATION

This is to certify that a copy of the foregoing was sent to the following this 23rd day of May, 2005:

Atty. Peter D. Markle
Atty. H. Gordon Hall
Atty. Kevin J. O'Connor
U.S. Attorney's Office
P.O. Box 1824
New Haven, Conn. 06508

Atty. Robert Y. Altchiler
191 Post Road West
Westport, Conn. 06880

Atty. Timoth P. Aspinwall
Aspinwall & Aspinwall
3200 Main Street
Stratford, Conn.

Atty. John F. Cicilline
387 Atwells Avenue
Providence, R.I. 02903

Atty. Matthew J. Collins
519 Center Street
Manchester, Ct. 06040

Atty. Richard S. Cramer
449 Silas Deane Hwy.
Wethersfield, Conn.

Atty. William F. Dow, III
Atty. Ira B. Grudberg

P.O. Box 606
New Haven, Conn. 06503

Atty. Jonathan J. Einhorn
412 Orange Street
New Haven, Ct. 06510

Atty. David Esposito
1240 Whitney Avenue
Hamden, Ct. 06517

Atty. Auden Grogins
400 Stillson Road
Fairfield, Ct. 06824

Atty. Lawrence S. Hopkins
50 Elm Street
New Haven, Ct. 06510

Atty. Bruce D. Koffsky
1200 Summer Street, Suite 101-A
Stamford, Ct. 06905

Atty. Dan E. Labelle
Halloran & Sage
315 Post Road West
Westport, Ct. 06880

Atty. John M. Loconsolo, Jr.
146 High Street
Enfield, Ct.

Atty. Ronald T. Murphy
Advocates Law Firm
11 Franklin Sq.
New Britain, Ct. 06451

Atty. Francis L. O'Reilly
O'Reilly & Shaw
87 Ruane Street
Fairfield, Ct.

Atty. Timothy Pothin
Lynch, Traub, Keefe & Errante
P.O. Box 1612
New Haven, Ct. 06506

Atty. Frank J. Riccio
Atty. Frank J. Riccio, II
The Law Offices of Frank J. Riccio
P.O. Box 491
Bridgeport, Ct. 06601

Atty. Philip D. Russell
P.O. Box 1437
Greenwich, Ct. 06

Atty. Jack Sachs
111 John St., Suite 1504
New York, N.Y. 10038

Atty. Peter J. Schaffer
1127 High Ridge Road, PMB 330
Stamford, Ct.

Atty. John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Ct. 06468

Atty. David J. Wenc
P.O. Box 306
Windson Locks, Ct. 06096

Atty. Kurt F. Zimmerman
Silverstein & Osach
P.O. Box 1727
New Haven, Ct. 06507

ATTY. ERSKINE D. McINTOSH

17.5 MOTON-CJA MAX

4